*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>            Plaintiff,<br><br>      vs.<br><br>REDNAB, INC. dba DENNY'S #7080, et al.,<br><br>            Defendants. | No.  CV 11-4474-GW(OPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed:  May 24, 2011 |

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. All parties to bear their own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: January 30, 2012

_____
GEORGE H. WU, U.S. District Court Judge

*Shaw v. Rednab, Inc. dba Denny's #7080, et al.*
[Proposed] Order Granting Stipulation for Dismissal of Action

Page 1